United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02165-HWV
Lynn C. Schadle  Chapter 7
Diane A. Schadle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 29, 2023      Form ID: 318      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lynn C. Schadle, Diane A. Schadle, PO Box 214, Gratz, PA 17030-0214 |
| 5567857 | + | AG Adjustments, PO Box 9090, Melville, NY 11747-9090 |
| 5567856 | + | Accu-Finish Carpentry, 520 Elm Road, Shamokin, PA 17872-9604 |
| 5567859 | + | Archibald Landscape Design, 5999 Union Deposit, Harrisburg, PA 17111-4745 |
| 5567860 | #+ | Barley Snyder, Attn: Matthew Brushwood, Esq., 50 North Fifth Street, 2nd Floor, Reading, PA 19601-3417 |
| 5567861 | + | Barr Credit Services, 3444 N Country Club Rd Ste 200, Tucson, AZ 85716-0815 |
| 5567863 | + | Byler and Winkle, P.C., 363 West Roseville Road, Lancaster, PA 17601-3145 |
| 5567867 | + | Eastern Alliance Insurance Group, 25 Race Ave, Lancaster, PA 17603-3179 |
| 5567870 | | Gehman Accounting, 180 Ditter Avenue, New Holland, PA 17557 |
| 5567871 | | Hanover Engineering Associates, Inc, 1438 W. Main Street, Ste. E, Ephrata, PA 17522-1364 |
| 5567872 | + | Heim's Disposal Service Inc., 3760 State Route 225, Dornsife, PA 17823-7254 |
| 5567873 | | Home Depot Credit Services, Dept 32-2142471105, P.O. Box 70614, Philadelphia, PA 19176-0614 |
| 5567874 | + | Homeline Electric, LLC, 1661 N. River Road, Halifax, PA 17032-8916 |
| 5570320 | + | Jeffrey C Clark Esq, Wix Wenger & Weidner, 508 N Second St, Harrisburg PA 17101-1061 |
| 5567876 | + | John H. Myers & Sons, Inc., 2200 Monroe Street, York, PA 17404-5556 |
| 5567877 | | Lackawanna National Insurance Co., PO Box 270, Wilkes Barre, PA 18703-0270 |
| 5567878 | + | Lancaster County Kitchens, 2301 Fowler Hollow Road, Blain, PA 17006-6263 |
| 5567880 | + | Melvin Petersheim, Jr., Rising Sun Exteriors LLC, 568 Yuts Road, Gratz, PA 17030-9782 |
| 5567881 | + | Mid Penn Bank, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 5567882 | + | Mid-Atlantic Timberframes, LLC, 34 S Vintage Road, Paradise, PA 17562-9618 |
| 5567884 | + | North Forge Home Heating, Inc., 1865 Horseshoe Pike, Annville, PA 17003-8831 |
| 5567889 | | Pete Brubaker HVAC LLC, 1671 Deodate Rd, Elizabethtown, PA 17022-9032 |
| 5567890 | + | Ready & Able Plumbing, fdba David LeRoy Plumbing, 643 Old York Road, Etters, PA 17319-8819 |
| 5567891 | + | Rising Sun Exteriors LLC, 568 Yuts Road, Gratz, PA 17030-9782 |
| 5567892 | + | Schiffman, Sheridan & Brown, Attn: Steven J. Shiffman, Esq., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 5567893 | + | Sheetz Electrical, Inc., 1711 Potato Valley Road, Harrisburg, PA 17112-9217 |
| 5567895 | #+ | Sherwin Williams Co., Accounts Receivable, 4919 Jonestown Road, Harrisburg, PA 17109-1756 |
| 5567898 | #+ | The Nittany Group, LLC, Attn: Patrick J. Miller, Esq., 169 Gerald Street, State College, PA 16801-7462 |
| 5567899 | + | Thomas Kaiser Painting, 102 E. Front Street, Palmyra, PA 17078-1314 |
| 5567900 | + | Valley Waste Solutions, Inc., PO Box 67, Tower City, PA 17980-0067 |
| 5567902 | # | Wix Wenger & Weidner, Attn: Jeffrey C. Clark, Esq., P.O. Box 845, Harrisburg, PA 17108-0845 |
| 5567903 | + | Your Building Centers, Inc., P.O. Box 1230, 2607 Beale Avenue, Altoona, PA 16601-1909 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5567858 | + | Email/PDF: bncnotices@becket-lee.com | Dec 29 2023 19:14:49 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 5567862 | | Email/Text: litigation@brownandjoseph.com | Dec 29 2023 18:45:00 | Brown & Joseph, LLC, One Pierce Place, Suite 700W, Itasca, IL 60143 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5567864 | + | EDI: CAPITALONE.COM | Dec 29 2023 23:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5567865 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2023 18:52:34 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5567866 | ^ | MEBN | Dec 29 2023 18:41:41 | DigniFi, Attn: Banktuptcy, Po Box 576, Bellevue, WA 98009-0576 |
| 5567868 | + | EDI: AMINFOFP.COM | Dec 29 2023 23:44:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5567869 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 29 2023 18:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5567875 | | EDI: IRS.COM | Dec 29 2023 23:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5567879 | | EDI: SYNC | Dec 29 2023 23:44:00 | Lowes Business Acct/SYNCB, P.O. Box 669824, Dallas, TX 75266-0781 |
| 5567883 | + | Email/Text: Bankruptcies@nragroup.com | Dec 29 2023 18:45:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5585420 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 29 2023 18:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Wendy Locke, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5567885 | + | Email/Text: bkfilings@zwickerpc.com | Dec 29 2023 18:45:00 | ODK Capital, LLC, c/o Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |
| 5567886 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2023 18:52:50 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5567887 | + | EDI: AGFINANCE.COM | Dec 29 2023 23:44:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5567888 | | EDI: PENNDEPTREV | Dec 29 2023 23:44:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5567888 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 18:45:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5568112 | | EDI: PENNDEPTREV | Dec 29 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5568112 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5567894 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 29 2023 18:45:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5567896 | + | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5567897 | + | EDI: SYNC | Dec 29 2023 23:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5567901 | ^ | MEBN | Dec 29 2023 18:41:34 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 5567904 | | Email/Text: bkfilings@zwickerpc.com | Dec 29 2023 18:45:00 | Zwicker & Associates, P.C., 80 Minutemand Road, Andover, MA 01810-1008 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2023 | Form ID: 318 | Total Noticed: 53 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James K Jones | on behalf of Debtor 1 Lynn C. Schadle jkj@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;rec@cclawpc.com |
| James K Jones | on behalf of Debtor 2 Diane A. Schadle jkj@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;rec@cclawpc.com |
| Jeffrey C Clark | on behalf of Creditor Sheetz Electrical  Inc. jclark@wwwpalaw.com, dwilliamson@wwwpalaw.com |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mfarrington@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 2 Diane A. Schadle rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert E Chernicoff | on behalf of Debtor 1 Lynn C. Schadle rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lynn C. Schadle <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3039 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Diane A. Schadle <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8110 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:23-bk-02165-HWV | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lynn C. Schadle                                   Diane A. Schadle

12/29/23

**By the court:**   *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2